UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:19-CR-428-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) ORDER ALLOWING DEFENDANT |
| v. | ) WEEKLY TELECOMMUNICATION |
| | ) WITH STANDBY COUNSEL |
| GERALD TIMMS | ) |
| _____ | ) |

In the interests of justice and for good cause shown, it is hereby ordered that the defendant shall have telephonic access to his standby counsel in this case once weekly from today's date until June 10, 2020 for a period of twenty minutes per call. A copy of this order shall be sent to the Federal Bureau of Prisons facility at Butner, attention Counselor Brooks.

This 20th day of May, 2020.

*Louise V. Flanagan*
LOUISE W. FLANAGAN
United States District Judge